In the Matter of the Application of J. EDWARD SIMMONS et al., Constituting the Board of Water Supply of the City of New York, Appellants, to Acquire Real Estate Required for Hill View Reservoir.

EMPIRE CITY RACING ASSOCIATION, Respondent.

*Matter of Simmons*, 152 App. Div. 909, affirmed.
(Argued November 21, 1912; decided December 10, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department,

entered September 10, 1912, which affirmed an order of Special Term confirming the report of commissioners of appraisal in condemnation procecdings.

*Archibald R. Watson, Corporation Counsel (Charles Wesley and H. T. Dykman of counsel), for appellants.*

*Benjamin Trapnell for respondent.*

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.